JOHN EGAN, Respondent, *v.* THE MOSLER SAFE COMPANY, Appellant.

*Egan v. Mosler Safe Co.*, 134 App. Div. 920, affirmed.
(Argued April 27, 1911; decided May 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 4, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Allan E. Brosmith, Joseph F. Murray* and *Frank V. Johnson* for appellant.

*Eugene F. McKinley* and *Charles D. Millard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.